Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                            Case No.: 19−11615−ABA
                            Chapter: 13
                            Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kim Waddy
   aka Kim Cherry
   310 Front Street
   Delran, NJ 08075

Social Security No.:
   xxx−xx−4016

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/30/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 30, 2020
JAN: bc

                                            Jeanne Naughton
                                            Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                          Case No. 19-11615-ABA
Kim Waddy                                                       Chapter 13
     Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 2             Date Rcvd: Jan 30, 2020
                              Form ID: 148             Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2020.
```
db            +Kim Waddy,    310 Front Street,    Delran, NJ 08075-1132
517989304     +Admirals Bank,    200 Clarendon St Fl 22,    Boston, MA 02116-5051
518123964     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518615500     +Denise Carlon Esquire,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
                Westmont, NJ 08108-2812
517989307     +First Federal Credit Control,    Attn: Bankruptcy,    24700 Chagrin Blvd, Ste 205,
                Cleveland, OH 44122-5662
517989309     +Health First Financial, LLC,    PO Box 7887,    Springfield, OR 97475-0034
517989310     +HealthFirst Financial, LLC,    PO Box 7887,    Springfield, OR 97475-0034
518124919     +Larchmont Imaging,    Apex Asset Management, LLC,    PO Box 5407,    Lancaster, PA 17606-5407
517989311     +Larchmont Medical Imaging,    1295 Route 38 West,    Hainesport, NJ 08036-2702
517989312     +Lourdes Cadiology Services, PC,    PO Box 824699,    Philadelphia, PA 19182-4699
517989313     +Lourdes Health System,    PO Box 822112,    Philadelphia, PA 19182-2112
518416128     +MidFirst Bank,    Bankruptcy Bank,    999 NW Grand Blvd., # 110,    Oklahoma City, OK 73118-6051
518416129     +MidFirst Bank,    Bankruptcy Bank,    999 NW Grand Blvd., # 110,    Oklahoma City, OK 73118-6077,
                MidFirst Bank,    Bankruptcy Bank 73118-6051
517989314     +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517989324     +NJ Housing and Mortgage Finance Agency,    HHF Closing Dept.,    637 South Clinton Ave.,
                Trenton, NJ 08611-1811
517989325     +NJHMFA,    PO Box 18550,    Trenton, NJ 08650-2085
518037299     +Nationstar Mortgage LLC d/b/a Mr. Cooper,    Bankruptcy Department, PO Box 619094,
                Dallas, TX 75261-9094
518050632      Navient Solutions, LLC on behalf of,    Educational Credit Management,    Corporation,
                PO BOX 16408,    ST. Paul, MN 55116-0408
518007064      Nissan Motor Acceptance,    POB 660366,    Dallas, TX  75266-0366
517989323     +Nissan Motor Acceptance Corp/Infinity Lt,    Attn: Bankruptcy,    Po Box 660360,
                Dallas, TX 75266-0360
517989326     +Palmyra Ambulance Assoc.,    PO Box 213,    Palmyra, NJ 08065-0213
517989327     +Shapiro & DeNardo, LLC,    14000 Commerce Parkway, Ste B,    Mount Laurel, NJ 08054-2242
517989329     +US Dept of Housing & Urban Development,    451 7th Street S.W.,    Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 30 2020 23:45:07      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 30 2020 23:45:05      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517989305     +EDI: AMEREXPR.COM Jan 31 2020 04:08:00      Amex/Bankruptcy,    Correspondence,    Po Box 981540,
                El Paso, TX 79998-1540
517989306      EDI: BANKAMER.COM Jan 31 2020 04:08:00      Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                El Paso, TX 79998
518163935      EDI: Q3G.COM Jan 31 2020 04:08:00      Department Stores National Bank,    c/o Quantum3 Group LLC,
                PO Box 657,    Kirkland, WA  98083-0657
517989315     +EDI: NAVIENTFKASMSERV.COM Jan 31 2020 04:08:00      Navient,    Attn: Bankruptcy,    Po Box 9000,
                Wiles-Barr, PA 18773-9000
517989328     +EDI: RMSC.COM Jan 31 2020 04:08:00      Syncb/care Credit,    Attn: Bankruptcy,    Po Box 965060,
                Orlando, FL 32896-5060
517989330      EDI: WFFC.COM Jan 31 2020 04:08:00      Wells Fargo Bank Ia N,    Attn: Bankruptcy Dept,
                Po Box 6429,    Greenville, SC 29606
518011925     +EDI: WFFC.COM Jan 31 2020 04:08:00      Wells Fargo Bank, N.A.,    435 Ford Road, Suite 300,
                St. Louis Park, MN 55426-4938
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517989308*    +First Federal Credit Control,    Attn: Bankruptcy,    24700 Chagrin Blvd, Ste 205,
                Cleveland, OH 44122-5662
517989316*    +Navient,    Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
517989317*    +Navient,    Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
517989318*    +Navient,    Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
517989319*    +Navient,    Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
517989320*    +Navient,    Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
517989321*    +Navient,    Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
517989322*    +Navient,    Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
                                                                                   TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin             Page 2 of 2             Date Rcvd: Jan 30, 2020
                              Form ID: 148            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2020 at the address(es) listed below:

```
          Charles G. Wohlrab     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           cwohlrab@LOGS.com,    njbankruptcynotifications@logs.com
          Denise E. Carlon     on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Elizabeth L. Wassall     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           ewassall@logs.com,    njbankruptcynotifications@logs.com
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Lee Martin Perlman     on behalf of Debtor Kim  Waddy ecf@newjerseybankruptcy.com,
           mcdoherty@ecf.courtdrive.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 7
```